**Order entered November 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00583-CV

**J. WAYNE JOHNSON, GOD'S TABERNACLE OF DELIVERANCE, G.V.M., INC. AND CARDELL DEYUN BOOKER, Appellants**

**V.**

**HERRING BANK, CHURCH LOANS & INVESTMENT TRUST, INC., CHURCHLOANS.COM, ET AL, Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15858**

## ORDER

Before the Court are (1) ChurchLoans.com, Inc.'s October 15, 2014 motion to dismiss the appeal of God's Tabernacle of Deliverance and Cardell Deyun Booker; (2) J. Wayne Johnson's October 30, 2014 second motion for extension of time to file brief; and (3) Herring Bank's reply and ChurchLoans.com's response to Johnson's extension motion. Because God's Tabernacle and Mr. Booker are not represented by counsel and have failed to comply with the Court's October 17, 2014 order to notify the Court of counsel's name and contact information, we **GRANT** ChurchLoans.com's motion to dismiss and **DISMISS** God's Tabernacle and Mr. Booker's appeal. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456

(Tex. 1997) (per curiam); *Steele v. McDonald*, 202 S.W.3d 926, 928 (Tex. App.—Waco 2006, order) (per curiam).

We **GRANT** Mr. Johnson's extension request and **ORDER** the brief be filed no later than December 1, 2014. Mr. Johnson is cautioned that no further extensions will be granted absent exigent circumstances.

/s/    ADA BROWN
        JUSTICE